TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00092-CV

Janet Goforth, Appellant

v.

K Mart Corporation, d/b/a K Mart, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 97-379-C277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING 

PER CURIAM

 Janet Goforth has filed an Agreed Motion for Dismissal in this appeal. We grant
the motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Agreed Motion

Filed: July 15, 1999

Do Not Publish